AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

for the

District of Nevada

United States of America
v.
Violet Charis Shockley
*Defendant*

Case No. 2:26-mj-00823-NJK

Charging District: District of Montana

Charging District's Case No. 2:26-cr-00027-WWM

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: Mike Mansfield Federal Courthouse<br>400 N. Main Street, Suite 273<br>Butte, MT 59701 | Courtroom No.: AS ORDERED<br>Date and Time: AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: November 4, 2026

*Judge's signature*

Nancy J. Koppe, United States Magistrate Judge
*Printed name and title*

_X_ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 04, 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: ____________ DEPUTY